UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>BERTIN CRUZ-IBARRA,<br><br>                              Defendant. | Case No.:  19mj24351-MSB<br><br>**ORDER DENYING DEFENDANT'S MOTION TO FILE SUPPLEMENTAL MOTIONS** |

Defendant Bertin Cruz-Ibarra is charged by complaint with violating 8 U.S.C. § 1325 on November 07, 2019.  He is out of custody on bond, with trial scheduled for September 11, 2020.  This Court held a motion hearing in this case on July 7, 2020, at which time the Court informed counsel for Mr. Cruz-Ibarra that the Court would only permit additional motions based on newly discovered evidence.  Counsel for Mr. Cruz-Ibarra now seeks leave of court to file the following untimely motions:

1.   To dismiss the complaint because 8 U.S.C. § 1325 is unconstitutional under Vill. of Arlington Heights v. Metro. Hous. Dev. Corp., 479 U.S. 252 (1977);

2.   To prohibit Mr. Cruz-Ibarra's courtroom arrest; and

3.   To stay the proceedings in the event the Court denies the motion to prohibit courtroom arrest, to allow Defendant to file an interlocutory appeal.

Defendant argues that he should be permitted to file the untimely motions "because counsel acted with all due diligence and because the motion raises important legal and constitutional issues of first impression in this district." Defendant cites to three new relevant cases from April and June of 2020 that Defendant relies on in his motions. Finally, Defendant explains that a new federal defender came onto this case on August 3, 2020, who believes these motions must be filed to protect Defendant's constitutional rights.

The motions Mr. Cruz-Ibarra has filed do not consist of newly discovered evidence—they are legal issues that existed at the time the motions were filed in January, and well before the July motion hearing. To the extent they rely on new law, such cases were decided from approximately one to three months prior to the July 7, 2020 motion hearing. Defense counsel did not file a motion regarding these issues until nearly two months after the motion hearing and three months after the most recent decision Defendant relies upon. Furthermore, Defendant made no mention of the case law referenced herein at the motion hearing, and is raising these issues for the first time nine days before the trial date. The Court finds these motions are inexcusably late. As such, Mr. Cruz-Ibarra's motion for leave to file the aforementioned untimely motions is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 2, 2020

Honorable Michael S. Berg
United States Magistrate Judge